**Alla Allabadie, dba World Smoke Shop, dba Shisha Center,**
**Defendant-Appellee**

2017-1044

United States Court of Appeals,
Federal Circuit.

January 10, 2018

MICHAEL KEITH BLANKENSHIP, Da Vinci's Notebook, LLC, Bristow, VA, argued for plaintiff-appellant.

JOHN E. LORD, One LLP, Beverly Hills, CA, argued for defendant-appellee.

(Lourie, Wallach, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

DANIEL JOSEPH DONOHUE, Polsinelli, PC, Washington, DC, argued for plaintiff-appellant. Also represented by WALTER A.I. WILSON.

ELIZABETH ANNE SPECK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

(Dyk, Moore, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**YORK TELECOM CORPORATION,**
**Plaintiff-Appellant**

v.

**UNITED STATES, Defendant-Appellee**

2017-1598

United States Court of Appeals,
Federal Circuit.

January 10, 2018

**HONEYWELL INTERNATIONAL**
**INC., Plaintiff-Appellee**

**Honeywell Intellectual Properties,**
**Inc., Plaintiff**

v.

**FUJIFILM CORPORATION,** Fujifilm USA, Samsung SDI America Inc., Samsung SDI Co Ltd., Defendants-Appellants